UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MILLER, *et al.*,

                    Plaintiffs,

v.

ANTHONY ANNUCCI, *et al.*,

                    Defendants.

No. 17-CV-4698 (KMK)

CASE MANAGEMENT ORDER

KENNETH M. KARAS, United States District Judge:

      The Court adopts the following discovery schedule: All fact discovery is to be completed no later than February 28, 2022. The next Case Management Conference is scheduled for March 15, 2022 at 10am. Any pre-motion letters are due March 1, 2022. The non-movant's response is due March 8, 2022.

      Additionally, as discussed on the record at the status conference held on October 20, 2021, Defendants shall respond to Plaintiff's letter concerning the Unserved Defendants by no later than October 28, 2021. Defendants shall respond to Plaintiff's forthcoming motion to reconsider the Court's ruling on the Annucci Claim (#24) by no later than two weeks from the filing of Plaintiff's motion.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED:    October 21, 2021
              White Plains, New York

                                                                   KENNETH M. KARAS
                                                                   UNITED STATES DISTRICT JUDGE