UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

DANIEL MILLER,                                    :     17-CV-4698 (KMK)(PED)
                          Plaintiff,              :
      – against –                                 :     **ORDER AUTHORIZING THE**
                                                  :     **DEPOSITION OF INCARCERATED**
ANTHONY ANNUCCI, et al,                           :     **PLAINTIFF**
                                                  :
                          Defendants.             :
------------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an

Assistant Attorney General may take the deposition of plaintiff Daniel Miller, DIN 15-A-3706,

before a notary public, or some other officer authorized to administer oaths by the laws of the

United States or of the State of New York, at any New York State Correctional Facility, upon

notice to the plaintiff and Superintendent of the correctional facility where he is located, and

Plaintiff is further advised that if he fails to attend and complete his own deposition, the

Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order

dismissing the complaint in this action.

Dated: White Plains, New York
     __November 9_____, 2021

                                        So Ordered:

                                        HON. KENNETH M. KARAS
                                        United States District Judge